UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    Darryl C Shavers Jr
    Temprestt J Crawford
        Debtor(s)

Case No. 12 B 38474

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/27/2012.

2) The plan was confirmed on 12/04/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 04/23/2013.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $780.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $780.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $628.46 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $33.54 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $662.00

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aaron's Furniture | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aaron's Inc | Unsecured | NA | 2,049.80 | 2,049.80 | 0.00 | 0.00 |
| Aaron's Inc | Secured | 450.00 | 1,651.34 | 450.00 | 18.00 | 0.00 |
| Aaron's Inc | Unsecured | NA | 2,519.80 | 2,519.80 | 0.00 | 0.00 |
| ACC International | Unsecured | 368.25 | NA | NA | 0.00 | 0.00 |
| Acct Rec Svc (Original Creditor:01 Us Ce | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 897.00 | 897.81 | 897.81 | 0.00 | 0.00 |
| American Collections (Original Creditor: | Unsecured | 968.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 626.57 | 626.57 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 538.34 | 538.34 | 0.00 | 0.00 |
| Associated Pathology Consultants | Unsecured | 69.50 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Bennett Law | Unsecured | 75.56 | NA | NA | 0.00 | 0.00 |
| Charter One | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Check into Cash | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,700.00 | 2,038.60 | 2,038.60 | 0.00 | 0.00 |
| CLTS in Cardiovasc | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 918.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit, Inc | Unsecured | 731.00 | NA | NA | 0.00 | 0.00 |
| Consultants in Cardiovasc Medicine | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B (Original Credito | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| DirectTV | Unsecured | 85.91 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L (Original Credit | Unsecured | 692.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L (Original Credit | Unsecured | 522.00 | NA | NA | 0.00 | 0.00 |
| EPMG | Unsecured | 1,053.00 | NA | NA | 0.00 | 0.00 |
| Ffcc-Columbus Inc (Original Creditor:Wo | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 768.74 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First Source Solutions | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| Homecare Collection Service | Unsecured | 94.38 | NA | NA | 0.00 | 0.00 |
| I C System (Original Creditor:10 Iq Tele | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 1,097.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 674.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| Illinois Laboratory Medicine Assoc | Unsecured | 188.58 | NA | NA | 0.00 | 0.00 |
| InSolve Recovery LLC | Unsecured | 0.00 | 867.54 | 867.54 | 0.00 | 0.00 |
| InSolve Recovery LLC | Unsecured | NA | 484.42 | 484.42 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 2,786.86 | 2,786.86 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 3,459.45 | 3,459.45 | 0.00 | 0.00 |
| IRS | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital System | Unsecured | 1.00 | 1,145.79 | 1,145.79 | 0.00 | 0.00 |
| Jefferson Capital System | Unsecured | 0.00 | 2,618.58 | 2,618.58 | 0.00 | 0.00 |
| Jefferson Capital System | Unsecured | NA | 601.30 | 601.30 | 0.00 | 0.00 |
| Jefferson Capital System | Unsecured | 0.00 | 1,150.31 | 1,150.31 | 0.00 | 0.00 |
| Jefferson Capital System | Unsecured | NA | 441.00 | 441.00 | 0.00 | 0.00 |
| Kimberly J Weissman LLC | Secured | 8,998.00 | 7,295.96 | 7,295.96 | 100.00 | 0.00 |
| Lou Harris Company (Original Creditor:M | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Lvnv Funding Llc (Original Creditor:Hsbc | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 842.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide (Original Credito | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 2,006.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Co (Original Credito | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Co (Original Credito | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Co (Original Credito | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Co (Original Credito | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors (Original Creditor: | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| Nw Collector (Original Creditor:01 Villa | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Our Lady Of The Resurrection Medical Ce | Unsecured | 566.00 | 1,551.00 | 1,551.00 | 0.00 | 0.00 |
| Peoples Energy | Unsecured | 132.00 | 89.55 | 89.55 | 0.00 | 0.00 |
| Powers & Moon | Unsecured | 1,147.59 | NA | NA | 0.00 | 0.00 |
| Powers & Moon LLC | Unsecured | 720.00 | 849.06 | 849.06 | 0.00 | 0.00 |
| Praxis Financial Solutions, Inc. | Unsecured | 471.49 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 301.00 | 300.72 | 300.72 | 0.00 | 0.00 |
| Professnl Acct Mgmt In (Original Credito | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| Resurrection HME | Unsecured | 94.38 | NA | NA | 0.00 | 0.00 |
| RJM Pathology Consultants | Unsecured | 140.60 | NA | NA | 0.00 | 0.00 |
| Saint Anthony Hospital | Unsecured | 124.40 | NA | NA | 0.00 | 0.00 |
| Second Round LP | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc (Original Credito | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc (Original Credito | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc (Original Credito | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc (Original Credito | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc (Original Credito | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc (Original Credito | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc (Original Credito | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Vanguard West Suburban Medical | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| Village of Villa Park | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village Radiology Ltd | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management (Original Credito | Unsecured | 1,331.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,295.96 | $100.00 | $0.00 |
| All Other Secured | $450.00 | $18.00 | $0.00 |
| **TOTAL SECURED:** | **$7,745.96** | **$118.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,786.86 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,786.86** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$22,229.64** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $662.00 |
| Disbursements to Creditors | $118.00 |
| **TOTAL DISBURSEMENTS :** | **$780.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/27/2013         By: /s/ Marilyn O. Marshall
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**